UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOYS LANGINGI,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>FRANK BISIGNANO,<br>Commissioner of Social Security,<br><br>　　　Defendant. | )<br>)  Case No. 5:25-cv-02639-HDV-KES<br>)<br>)  ~~[PROPOSED]~~<br>)  **JUDGMENT OF REMAND**<br>)<br>)<br>)  JS-6<br>)<br>)<br>) |

The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged concurrently with the lodging of the within Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATED: June 11, 2026　　_____



　　　　　　　　　　HON. HERNÁN D. VERA
　　　　　　　　　　UNITED STATES DISTRICT JUDGE